UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 20-10468-LTS |
| STONEHILL COLLEGE, INC., ) | |
| Defendant. ) | |

JUDGMENT

February 23, 2021

Pursuant to the Court's Order, Doc. No. 40, dated February 23, 2021, Counts I-XIII of Plaintiff John Doe's Amended Complaint are DISMISSED WITH PREJUDICE. Each side shall bear its own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge