# United States Court of Appeals
## For the First Circuit

No. 21-1227

JOHN DOE,

Plaintiff - Appellant,

v.

STONEHILL COLLEGE, INC.,

Defendant - Appellee.

**MANDATE**

Entered: January 20, 2023

In accordance with the judgment of December 14, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth W. Brewster
Janna L. Gau
Christopher M. Iaquinto
Zachary Dein Reisch
Timothy C. Woodcock