UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>STONEHILL COLLEGE, INC.,<br><br>    Defendant. | No. 1:20-cv-10468 |

## NOTICE OF SETTLEMENT

Plaintiff, John Doe, and Defendant, Stonehill College, Inc., hereby notify this Court that the parties have reached a settlement agreement in the above captioned action and will submit a Joint Stipulation of Dismissal within thirty (30) days in accordance with Fed.R.Civ.P. 41.

WHEREFORE, Plaintiff and Defendants pray this Court take notice of the settlement in the above captioned action.

Dated this 21st day of June, 2023.

                                    Respectfully submitted,

                                    JOHN DOE, by his attorneys

                                    */s/Janna L. Gau*
                                    Seth W. Brewster (BBO No. 551248)
                                    Janna L. Gau (Maine Bar No. 6043)
                                    Timothy C. Woodcock (Maine Bar No. 1663)
                                    EATON PEABODY
                                    80 Exchange Street, P.O. Box 1210
                                    Bangor, Maine 04402-1210
                                    (207) 947-0111
                                    *sbrewster@eatonpeabody.com*
                                    *jgau@eatonpeabody.com*
                                    *twoodcock@eatonpeabody.com*

AND

STONEHILL COLLEGE, INC., by its attorneys

/s/Christopher M. Iaquinto
Christopher M. Iaquinto, (BBO No. 685718)
Philip J. Catanzano (BBO No. 654873)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617)523-2700
(617)523-6850
christopher.iaquinto@hklaw.com
phil.catanzano@hklaw.com

**CERTIFICATE OF SERVICE**

I, Janna L. Gau, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 21st day of June, 2023.

*/s/Janna L. Gau*